No. —, original. Ex parte Thomas M. McNeill;

No. —, original. Ex parte Jessie E. Moore;

No. —, original. Ex parte Samuel White; and

No. —, original. Ex parte Edward Casebeer. October 20, 1941. The motions for leave to file petitions for writs of mandamus are denied.

No. —, original. Ex parte State of Texas et al. October 20, 1941. A rule is ordered to issue returnable November 10 next, requiring the respondents to show cause why leave to file the petition for writ of mandamus should not be granted.

No. 150. Pelley v. Colpoys, U. S. Marshal. October 20, 1941. The motion to withhold the order denying petition for writ of certiorari is denied. Mr. Justice Jackson took no part in the consideration and decision of this application. Post, p. 622.

No. 352. General Motors Corp. et al. v. United States. October 20, 1941. The motion to withhold the order denying petition for writ of certiorari is granted. Mr. Justice Jackson took no part in the consideration and decision of this application. Post, p. 618.

No. 901, October Term, 1940. Bakery & Pastry Drivers & Helpers Local 802 of the International Brotherhood of Teamsters et al. v. Wohl et al. See post, p. 704.